UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:19 CR 81-PPS/JPK |
| ) | |
| GREGORY LEMON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge Joshua P. Kolar relating to defendant Gregory Lemon's agreement to enter a plea of guilty to Count 5 of the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 9, 24.] Following a hearing on the record on February 19, 2021 [DE 29], Judge Kolar found that defendant understands the charge, his rights, and the maximum penalty; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty to Count 5 of the indictment charging him with distribution of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, while within one thousand feet of a school, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 860(a); and that defendant's change of plea hearing could not be delayed without serious harm to the interests of justice. Judge Kolar recommends that the Court accept defendant's plea of guilty and proceed

to impose sentence. Neither party has filed a timely objection to Judge Kolar's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Gregory Lemon's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 29] in their entirety.

Defendant Gregory Lemon is adjudged GUILTY of Count 5 of the indictment.

The sentencing hearing is SET for June 1, 2021 at 10:00 a.m. Hammond/Central time.

ENTERED: March 8, 2021.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT